UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

           Plaintiff,

   v.

BRETT KAVANAUGH, et al.,

           Defendants.

Case No. C20-0177-JLR-MAT

REPORT AND RECOMMENDATION

Plaintiff John Demos, a state prisoner, has filed an application to proceed *in forma pauperis* ("IFP") and a proposed civil-rights complaint. (Dkts. 1, 1-2.) Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). An Order of this Court provides for the return without filing of any petition that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). In addition, plaintiff may submit **only three IFP applications and proposed actions** each year. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions*

REPORT AND RECOMMENDATION - 1

1  *Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982).  Furthermore, under 28 U.S.C. §
2  1915(g), plaintiff must demonstrate "imminent danger of serious physical injury" to proceed IFP
3  because he has had more than three prior actions dismissed as frivolous, malicious, or for failure
4  to state claim.  *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999).

5        In his proposed complaint, plaintiff seeks to bring claims against several United States
6  Supreme Court Justices for violations of his rights under the First Amendment and the Supremacy
7  Clause.  He does not allege that he faced imminent danger of serious physical injury at the time of
8  filing.  *See Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007).  Accordingly, because
9  plaintiff does not meet § 1915(g)'s imminent danger requirement, the Court recommends that his
10 IFP application (Dkt. 1) be DENIED and this action be DISMISSED without prejudice.  A
11 proposed Order accompanies this Report and Recommendation.

12       Objections to this Report and Recommendation, if any, should be filed with the Clerk and
13 served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
14 and Recommendation is signed.  Failure to file objections within the specified time may affect
15 your right to appeal.  Objections should be noted for consideration on the District Judge's motions
16 calendar for the third Friday after they are filed.  Responses to objections may be filed within
17 **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be
18 ready for consideration by the District Judge on **March 20, 2020**.

19       Dated this 24th day of February, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2