# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., | CASE NO. C20-0177JLR |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| BRETT KAVANAUGH, et al., | |
| Defendants. | |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. # 2), Plaintiff's Objections (Dkt. # 3), and the remaining record, the Court finds and ORDERS:

(1) The court ADOPTS the Report and Recommendation (Dkt. # 2);

(2) Plaintiff's application to proceed *in forma pauperis* (Dkt. # 1) is DENIED, and the action is DISMISSED without prejudice for failure to satisfy the "imminent danger" requirement for three-strikes litigants under 28 U.S.C. § 1915(g); and

ORDER - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge Theiler.

Dated this 19th day of May, 2020.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

ORDER - 2